COURTNEY HUDSON GOODSON, Justice, concurring. I agree with the majority that Bohan-non’s challenge to the sufficiency of the evidence is properly before this court because such an argument does not have to be presented at trial in order to be considered on appeal. However, I write separately because I cannot agree with the majority’s statement that we erred in Wills by failing to address Wills’ argument that the order of protection was erroneous and unsupported by the record. Though the majority assumes that Wills raised the sufficiency of the evidence in this point on appeal, the opinion in Wills does not reveal the substance of the argument that Wills made to this court. Therefore, I cannot agree with the majority’s assumption that the opinion in Wills contains an error. BAKER, J., joins.